# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ANDREW W. KATZENMOYER,**

    **Plaintiff,**

    v.                                         Case No. 2:12–cv–660

**TR'BL MARKETING, LTD,** *et al.*,           **Judge Michael H. Watson**
                                                           **Magistrate Judge King**

    **Defendants.**

## ORDER

On September 27, 2012, United States Magistrate Judge King, to whom this case was referred pursuant to 28 U.S.C. § 636(b), filed a Report and Recommendation on Plaintiff Andrew Katzenmoyer's motion to remand. ECF No. 20. Magistrate Judge King recommended that the Court deny Plaintiff's motion to remand, ECF No. 9, because this Court's jurisdiction is based on the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 9 U.S.C. § 201 *et seq.*

The Report and Recommendation of the Magistrate Judge specifically advised the parties that failure to object to the Report and Recommendation within fourteen days of the Report would result in a "waiver of the right to de novo review by the District Judge and of the right to appeal the decision of the District Court adopting the Report and Recommendation." Report and Recommendation 10–11, ECF No. 20. The time period for filing objections to the Report and Recommendation has expired and Plaintiff has not objected.

The Court has reviewed the Report and Recommendation of the Magistrate Judge. Noting that no objections have been filed and that the time for filing such objections expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge, ECF No. 20, and **DENIES** Plaintiff's motion to remand, ECF No. 9.

**IT IS SO ORDERED.**

*[Signature]*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT