IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANDREW W. KATZENMOYER,**

    **Plaintiff,**

  **vs.**                                   **Civil Action 2:12-cv-660**
                                                **Judge Watson**
                                                **Magistrate Judge King**

**TR'BL MARKETING, LTD, *et al.*,**

    **Defendants.**

## ORDER

    This case has been reported settled.  The court conferred with counsel for the parties, by telephone, on March 21, 2013.

    With the agreement of plaintiff, this action is hereby **DISMISSED** with prejudice, except that the case will be reopened and restored to the active docket upon motion filed by any party within sixty (60) days should terms of settlement not be met.

                                                    *s/  Norah McCann King*
                                                    Norah McCann King
                                                    United States Magistrate Judge

March 21, 2013
Date